# THE NEEDLEMAN LAW OFFICE

5300 East Main Street, Suite 109
Columbus, Ohio 43213
614-575-1188
614-575-1186 (fax)

Invoice for Mark and Diana Smith
Case Number 10-57557

In reference to: Chapter 13 Case/Motion to Suspend Plan Payments

| Professional Services: | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/24/2012 | **ATTORNEY SERVICES:** Phone call and review of request to suspend plan payments | .50 | $100.00 |
| 10/26/2012 | **PARALEGAL SERVICES:** Prepare Motion to Suspend Plan Payments | 1.00 | $80.00 |
| 10/26/2012 | **PARALEGAL SERVICES:** 3 phone calls Motion | .50 | $40.00 |
| 11/20/2012 | **PARALEGAL SERVICES:** Prepare and upload Order | .25 | $20.00 |

**TOTAL** $ 240.00